## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Woods, Brenda R

Printed:  7/15/08

Case Number:  05 B 03806
Judge:  Goldgar, A. Benjamin
Filed:  6/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  October 5, 2007
Confirmed:  October 4, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,785.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 12,060.77 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 667.22 |
| Other Funds: |  | 57.01 |
| Totals: | 12,785.00 | 12,785.00 |

### DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Sherman Acquisition | Unsecured | 8,413.62 | 8,413.62 |
| 4. | Sherman Acquisition | Unsecured | 1,351.20 | 1,351.20 |
| 5. | ECast Settlement Corp | Unsecured | 2,295.95 | 2,295.95 |
| 6. | Midland Mortgage Company | Secured |  | No Claim Filed |
| 7. | Ford Motor Company | Secured |  | No Claim Filed |
| 8. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 9. | Catherines Credit Plan | Unsecured |  | No Claim Filed |
| 10. | ER Solutions | Unsecured |  | No Claim Filed |
| 11. | Beneficial | Unsecured |  | No Claim Filed |
| 12. | United Recovery Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,060.77 | $ 12,060.77 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 267.02 |
| 5% | 29.00 |
| 4.8% | 180.97 |
| 5.4% | 190.23 |
|  | $ 667.22 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Woods, Brenda R

       Printed:  7/15/08

Case Number:  05 B 03806

Judge:  Goldgar, A. Benjamin

Filed:  6/15/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: